MHN

**PRISONER CASE**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet



FILED
MAY - 6 2008
5-6-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** ROMEO JACKSON

**Defendant(s):** ILLINOIS DEPARTMENT OF CORRECTIONS, et al.

**County of Residence:** WILL

**County of Residence:**

**Plaintiff's Address:**
Romeo Jackson
B-43511
Stateville - STV
P.O. Box 112
Joliet, IL  60434

**Defendant's Attorney:**
Illinios Department of Corrections
100 West Randolph, Suite 4-200
Chicago, IL  60601

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**08CV2597**
**JUDGE ANDERSEN**
**MAG. JUDGE SCHENKIER**

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes ☑ No

**Signature:** A. E. Woodham  **Date:** 05/06/2008

Kocoras  99C4225
Mason