

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In The Matter Of:        )
                         )
   ROMEO JACKSON         )
                         )
        vs.              )   Case No.   08 C 2597
                         )
   ILLINOIS DEPARTMENT OF)
   CORRECTIONS, et al.   )

**TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR REASSIGNMENT**

The above-captioned case having been assigned to the calendar of Judge <u>Andersen</u> in error; it is recommended that the assignment be vacated and the case be reassigned to the calendar of Judge <u>KOCORAS</u>. The reasons for the reassignment are indicated on the reverse side.

                    MICHAEL W. DOBBINS
                         Clerk

                    _____
                    A. E. Woodham, Deputy Clerk

Dated: __May 6, 2008__

*****************************************************************

ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above-captioned case be and the same hereby is to the calendar of <u>KOCORAS</u>.

                    ENTER:

                    FOR THE EXECUTIVE COMMITTEE

                    _____
                    Chief Judge

Dated: MAY - 7 2008

Local Rule 40.3(b)(1)

Case was assigned by lot to Judge Andersen in error. Plaintiff is an inmate who has filed a prior 'conditions of confinement' case (99 C 4225). Therefore, under the above-cited rule, this case should have been assigned directly to the calendar of Judge KOCORAS who was assigned to his prior 'conditions of confinement' case. The designated Magistrate Judge should have been Mason.