IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROMEO JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 08 C 2597 |
| | ) |
| | ) Judge Charles P. Kocoras |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO COMPLAINT**

NOW COME the Defendants, DR. JACQUELINE MITCHELL, VENITA WRIGHT, and JIMMY DOMINGUEZ, by and through their attorney, LISA MADIGAN, Illinois Attorney General, and move this Court to grant Defendants additional time to answer or otherwise plead in response to Plaintiff's Complaint. In support of this motion, Defendants state:

1. Plaintiff, a *pro se* inmate currently in the custody of the Illinois Department of Corrections, filed his Complaint on May 2, 2008. On May 29, 2008, the Court granted Plaintiff's motion for leave to proceed *in forma pauperis*, dismissed two defendants from the case, and added Defendants Vance and Dominguez as defendants.

2. Appearances were filed on July 25, 2008 for Defendants Dominguez, Wright, and Mitchell. However, Defendant C.A. Vance, who the Illinois Attorney General's Office expects to represent in this matter, has not yet been served with this lawsuit.

3. Once all state Defendants have been served, more time will be needed to investigate the allegations in the Complaint and to investigate whether any conflicts will arise by representing all of the served defendants.

4. In any event, it is likely that the Defendants represented by the Illinois Attorney General's Office in this case will share common defenses and litigation strategies.

5. In the interests of judicial economy, and to prevent piece-meal litigation, Defendants request an enlargement of time to file their responsive pleading so that all Defendants represented by the Illinois Attorney General's Office may respond appropriately to Plaintiff's Complaint after all Defendants have been served.

6. This motion is made in good faith and not for purposes of delay.

7. Plaintiff will not be unfairly prejudiced by the granting of this motion, but prejudice will inure if it is not granted.

**WHEREFORE**, Defendants respectfully pray that this Honorable Court grant their motion for enlargement of time to file their response to Plaintiff's Complaint until 30 days after the remaining Defendant has been served.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

By:  s/ Lea T. Nacca
LEA T. NACCA
Assistant Attorney General
General Law Bureau
100 West Randolph Street, 13th Fl.
Chicago, Illinois 60601
(312) 814-4491