IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROMEO JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 2597 |
| | ) | |
| | ) | Judge Charles P. Kocoras |
| ILLINOIS DEPARTMENT OF | ) | |
| CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:  Romeo Jackson, B-43511
     Stateville Correctional Center
     P.O. Box 112
     Joliet, Illinois 60434

    PLEASE TAKE NOTICE that on August 20, 2008 at 9:30 a.m., I shall appear before the Honorable Charles P. Kocoras, or whomever may be sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO COMPLAINT**, a copy of which is herewith served upon you.

LISA MADIGAN
Attorney General of Illinois

By:  s/Lea T. Nacca
     LEA T. NACCA
     Assistant Attorney General
     General Law Bureau
     100 W. Randolph St., 13th Fl.
     Chicago, Illinois 60601
     (312) 814-4491

**CERTIFICATE OF SERVICE**

    The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by **U.S. MAIL** on August 1, 2008.

s/Lea T. Nacca