IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROMEO JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | No.08-C-2597 |
| | ) | |
| v. | ) | Judge Charles P. Kocoras |
| | ) | |
| ILLINOIS DEPARTMENT | ) | |
| OF CORRECTIONS et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT LATANYA WILLIAMS' MOTION TO CORRECT DOCKET ENTRY REGARDING THE TIME
RESPONSE TO COMPLAINT IS DUE**

Defendant, LATANYA WILLIAMS, by her attorneys, CHARYSH & SCHROEDER, LTD., for her Motion To Correct Docket Entry Regarding The Time Response To Complaint Is Due, states as follows:

1. On June 4, 2008, the United States Marshal sent to defendant, Latanya Williams, a request for waiver of service of summons.

2. On June 16, 2008, this waiver was signed by said defendant.

3. Pursuant to Rule 4(d)(3), said defendant has 60 days from the date the request for waiver is sent in which to answer plaintiff's complaint.

4. The docket entry for the filing of the waiver incorrectly indicates a summons was served upon defendant on June 16, 2008, and a response to the complaint being due July 7, 2008. The correct response due date should be August 4, 2008.

WHEREFORE, defendant, LATANYA WILLIAMS, respectfully requests that this Honorable Court enter an order correcting the docket to reflect that her response to

plaintiff's complaint is due August 4, 2008, and grant such other further relief as the court deems appropriate and just.

CHARYSH & SCHROEDER, LTD.

/s/William Michael LeCrone

CHARYSH & SCHROEDER, LTD.
33 North Dearborn Street
Suite 1300
Chicago, Illinois  60602
(312) 372-8338
Michael J. Charysh, ARDC #6187455
William Michael LeCrone, ARDC # 6182862

**PROOF OF SERVICE BY ELECTRONIC FILING AND U.S. MAIL**

The undersigned attorney certifies that on August 1, 2008, this motion was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record at the email addresses indicated above; this notice, and the documents referred to therein have also been served on all parties not electronically served by causing a copy of the same to be placed in the U.S. Mail at 33 North Dearborn Street, Chicago, Illinois on or before 5:00 p.m. on August 1, 2008, with proper postage prepaid.

    s/ William Michael LeCrone