UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Romeo Jackson
                    Plaintiff,
v.                                              Case No.: 1:08−cv−02597
                                                Honorable Charles P. Kocoras
Ghosh, et al.
                    Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, August 19, 2008:

    MINUTE entry before the Honorable Charles P. Kocoras:Motion hearing held on 8/19/2008. Defendant LaTanya Williams' motion [17] to correct docket entry [8] regarding the time response to complaint is due, is granted. Said response is due 8/4/2008. Defendants Dr. Partha Ghosh, Dr. Evaristo Aguinaldo and LaTanya Williams' motion [19] for an extension of time to 9/2/2008 to answer or otherwise plead is granted. Mailed notice(sct, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.