UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Romeo Jackson
                      Plaintiff,

v.                                        Case No.: 1:08−cv−02597
                                                     Honorable Charles P. Kocoras

Ghosh, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:Defendants Mitchell, Wright and Dominguez' motion [14] for an extension of time to answer or otherwise plead until 30 days after the remaining defendant has been served is granted. Hearing on said motion, set for 8/20/2008, is stricken. Status hearing set for 9/25/2008 at 9:30 a.m.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.